```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| DESHINE EVANS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAMDEN COUNTY DEPARTMENT OF CORRECTIONS,<br><br>　　　　　Defendant. | Civil Action<br>No. 16-6037 (JBS-AMD)<br><br>**MEMORANDUM OPINION** |

**SIMANDLE, Chief District Judge**

　　Plaintiff Deshine Evans seeks to bring this civil action in forma pauperis ("IFP"), without prepayment of fees or security. IFP Application, Docket Entry 1-1.

　　Plaintiff did not complete the application and left several pages blank. The Court will therefore deny the application to proceed *in forma pauperis* without prejudice. Plaintiff must either submit a completed IFP application, or the $350 filing fee and $50 administrative fee before the complaint will be filed.

　　An appropriate order follows.

 October 12, 2016　　　　　　　　　　 s/ Jerome B. Simandle 　
Date　　　　　　　　　　　　　　　JEROME B. SIMANDLE
　　　　　　　　　　　　　　　　　Chief U.S. District Judge